# EXHIBIT C

EXHIBIT C - Infringing Trade Dress



EXHIBIT C - Infringing Trade Dress



EXHIBIT C - Infringing Trade Dress



EXHIBIT C - Infringing Trade Dress



EXHIBIT C - Infringing Trade Dress

