# EXHIBIT D



| Home | About | New Products | Products | Specifications | Downloads | Lead Free Certifications | News | Sales Agents | Contact | Search |

Home > Products > Accessories & Misc. > Pressure Switches

# Pressure Switches



### Quick Set Wire Connections
### Pressure Switch – Import
### Lead Free

- 1/4″ FPT Connection
- Gray Plastic Cover
- Suitable for all types of pumps
- Standard, Manual or Low Pressure Cut-off
- Rubber grommets included
- Heavy duty brass wire connections

### Warranty

Click here for Product Warranty Information



| Part No. | Pressure Connection | Pressure Setting | Type | List Price |
|---|---|---|---|---|
| SIMPS2040 | 1/4 | 20-40 | Standard | $21.84 |
| SIMPS3050 | 1/4 | 30-50 | Standard | $21.84 |
| SIMPS4060 | 1/4 | 40-60 | Standard | $21.84 |
| SIMPS2040L | 1/4 | 20-40 | Low Pressure Cut-off | $24.96 |
| SIMPS3050L | 1/4 | 30-50 | Low Pressure Cut-off | $24.96 |
| SIMPS4060L | 1/4 | 40-60 | Low Pressure Cut-off | $24.96 |
| SIMPS2040M | 1/4 | 20-40 | Manual | $24.96 |
| SIMPS3050M | 1/4 | 30-50 | Manual | $24.96 |
| SIMPS4060M | 1/4 | 40-60 | Manual | $24.96 |



### Pressure Switch – Import
### Lead Free

Not for sale in CA or LA



| Home | About | New Products | Products | Specifications | Downloads | Lead Free Certifications | News | Sales Agents | Contact | Search |

Home > New Products

# New Products



### Cast Aluminum Well Seal

- 319 Cast Aluminum
- Buna-N Seal on top of Casing
- Machined drop pipe seat with Buna-N 0-ring
- Three stainless steel set screws
- Maximum load 15,000 lbs.

CLICK HERE for Part Numbers and Pricing

### Warranty

Click here for Product Warranty Information



Quick Set Wire

### Connections Pressure Switch

- Standard, Manual, or Low Pressure Cut-off
- Gray Plastic Cover
- 1/4″ NPT Connection
- Heavy Duty Fiberboard

CLICK HERE for Part Numbers and Pricing



### Well Seal – Steel – Single Drop Pipe – For 6.90″ OD Casing

- A36 Hot Roll Steel
- 3/4″ Molded Rubber, 35 Durometer
- Zinc Plated Steel Bolts or SS Flush Bolts
- 6-1/4″ Well Seal

CLICK HERE for Part Numbers and Pricing

EXHIBIT D

## Our Address

Simmons Manufacturing
P.O. Box 1509
McDonough, GA. 30253
1608 Highway 20 East
McDonough, GA. 30252
USA

## Got Questions?

Call our Live Support Team!
(800) 241-1935

## Lead Free Certifications

Quality Assurance is Top Priority at Simmons. Click here for more

## Find Your Sales Agent

Click here to find your local sales agent

Simmons Manufacturing Company-SimmonsBizWay Theme powered by WordPress